# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  17-cr-00034** |
| **VERSUS** | * | **JUDGE HICKS** |
| **RAYVETTE HOLLOWAY** | * | **MAG. JUDGE MARK L. HORNSBY** |

## REPORT AND RECOMMENDATION ON FELONY GUILTY PLEA

Upon the request of the District Judge, and with the written and oral consent of Defendant, this cause came before the undersigned U. S. Magistrate Judge on February 8, 2017, for waiver of indictment and administration of a felony guilty plea under Rule 11 of the Federal Rules of Criminal Procedure.  Defendant was present with counsel, Betty Marak.

After the hearing, it is the finding of the undersigned that: (1) Defendant is fully competent to enter this guilty plea; (2) Defendant made a knowing and voluntary waiver of an indictment; (3) The Plea Agreement was properly signed and filed; (4)  Defendant entered the guilty plea freely and voluntarily, with a full understanding of the nature of the charge and the maximum penalties; (5) Defendant made a knowing and voluntary waiver of the right to a jury trial with the full assistance of counsel; and (6) The guilty plea is fully supported by the written factual basis for each of the essential elements of the offense.  Both the Government and Defendant waived their right to object to this report and recommendation.  Accordingly,

IT IS RECOMMENDED that the District Judge ACCEPT the guilty plea of Defendant in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Defendant be adjudged guilty of the offense charged in Count 1 of the Bill of Information.

IT IS FURTHER RECOMMENDED that, pursuant to the parties' waiver of their right to object, that the District Judge immediately adopt this Report and Recommendation without passage of the customary delays.

Shreveport, Louisiana, this 8th day of February, 2017

Mark L. Hornsby
U.S. Magistrate Judge