**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 17-cr-00034** |
| **VERSUS** | * | **JUDGE S. MAURICE HICKS, JR.** |
| **RAYVETTE HOLLOWAY** | * | **MAG. JUDGE MARK L. HORNSBY** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Count 1 of the Bill of Information.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 13th day of February, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE